```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

TANYA JONES, ET AL.                  :

   v.                                : Civil Action No. DKC 2006-3038

EMC MORTGAGE COMPANY, ET AL.         :

**MEMORANDUM OPINION**

Presently pending and ready for resolution are (1) a motion to dismiss by EMC Mortgage Company (EMC), (2) a motion to dismiss by Rosenberg & Associates, LLC, (Rosenberg) (3) a motion to dismiss for insufficient service by Greenpoint Mortgage Funding, Inc. (Greenpoint), and (4) a motion for entry of default by Plaintiffs. For the following reasons, the complaint will be dismissed and the motion for entry of default denied.

Plaintiffs, Tanya and Donna Jones, have filed two in a series of complaints in this court apparently contending that, when a mortgage loan is resold, new money is created, somehow extinguishing the initial debt.  In the complaint in this case, they purport to assert causes of action for breach of contract, fraud, unjust enrichment, and violations of the Truth in Lending Act against EMC Mortgage Company, Mortgage Electronic Registration System, Inc., Rosenberg & Associates, LLC, and GreenPoint Mortgage Funding, Inc. The complaint is nearly totally devoid of factual allegations, containing only a date of settlement (August 31, 2005), and vague allegations that plaintiffs sent various letters

of validation to Defendant (unspecified) via certified mail, that were unanswered.

The motion to dismiss filed by EMC reveals that, like in the other cases, Plaintiffs executed a Promissory Note for $224,800, along with a Deed of Trust securing the note with real property on August 31, 2005. The loan was sold. As noted, they now seem to contend that the sale extinguishes their obligation to pay the mortgage and entitles them to damages.

Like the other judges who have dismissed nearly identical complaints, the undersigned finds a complete failure to state a claim upon which relief can be granted, for the reasons thoroughly set forth in the motions filed by EMC and Rosenberg & Associates, LLC. The complaint itself and the opposition papers lack not only detail, but clarity, appear to rest on faulty premises, and rely on fanciful legal theories. Accordingly, by separate order this complaint will be dismissed. Moreover, Plaintiffs' motion for default will be denied. They have failed to demonstrate that Mortgage Electronic Registration System, Inc. was properly served, and the other defendant against whom they seek default, Greenpoint, has appeared and moved to dismiss.

A separate order will be entered.

                                                   _____/s/_____
                                                   DEBORAH K. CHASANOW
                                                   United States District Judge

February 5, 2007